UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SHIKISHA MONET TIDMORE,**<br><br>Plaintiff,<br><br>vs.<br><br>**JEREMY HOWARD,**<br><br>Defendant. | 2:22-CV-12048-TGB-CI<br><br>**ORDER DISMISSING HABEAS PETITION AS MOOT** |

On August 31, 2022, Petitioner Shikisha Tidmore filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On October 14, 2022, Respondent Jeremy Howard filed a suggestion of death informing the Court that Ms. Tidmore passed away on September 24, 2022. ECF Nos. 9, 9-1. To qualify for relief under 28 U.S.C. § 2254(a), a person must be "in custody." As consequence of her untimely passing, therefore, Ms. Tidmore's petition for a writ of habeas corpus must be **DISMISSED as moot.**

**IT IS SO ORDERED.**

Dated: October 18, 2022     s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

1